# EXHIBIT 1



# RECALL INSPECTION

## NISSAN VEHICLE SERVICE CAMPAIGN

Nissan Factory-Trained and Certified Technicians will be conducting a thorough Multi-Point Visual Recall Inspection at Commonwealth. There is no charge for this inspection, which will determine if there are any outstanding recalls as well as the safety and drivability of your vehicle.

This Vehicle Safety campaign will be available next week only, at Commonwealth Nissan in Lawrence, MA. This inspection will take approximately 45 minutes to complete. There is no charge to you for this vehicle inspection.

**CLINIC DATES:**
Next week only
Monday-Friday
7:00 - 5:00

**AUTHORIZED LOCATION:**
Commonwealth Nissan
Exit 45, Route 495
Lawrence, MA

**APPOINTMENT PHONE:**
978-685-3400
shopuslast.com

FOR YOUR CONVENIENCE, YOU MAY RECEIVE A FULL FACTORY OIL CHANGE SERVICE AT THE REDUCED PRICE OF $19.88

**$19.88 OIL CHANGE INCLUDES:**
- Up to 5 qts. oil
- Install new oil filter
- Price plus tax





# PRIORITY SERVICE-GRAM

## IMPORTANT INFORMATION ABOUT YOUR NISSAN

