# EXHIBIT 2

# FRAUD ALERT

Recently, we became aware of a local competing Nissan dealer sending out the following mailer to our customer base. The mailer boasts the word "RECALL", which for many people evokes some kind of fear that their vehicle is unsafe to drive. This mailer is sent out for the intended purpose of instilling a sense of urgency for you to bring your vehicle to them so that they can comb it over and "upsell" you. I can assure you that this mailer is in no way supported by Salem Nissan or Nissan Corporate. In fact, it is a deceptive and dishonorable practice. In the event your vehicle does have an open recall, you will receive notification directly from Nissan Corporate or Salem Nissan.

If you did receive one of these mailers and are concerned, please feel free to contact us by phone or email. If your vehicle is in our customer base, we will check for any open recalls over the phone for you. If your vehicle is not in our customer base, we may need to ask you for your VIN, which can be found on your vehicle registration.

**RECALL INSPECTION**
NISSAN VEHICLE SERVICE CAMPAIGN

**10% OFF**

Please be assured, Salem Nissan does not participate in any such deceptive and dishonorable practices. We send out only coupons and specials that we offer and informational pieces such as this one. Under no circumstances do we share or sell our customer list with anyone other than our partners. This is in an effort to protect your privacy. The dealer that sent you the mailer most likely purchased a mailing list compiled from registry records or Polk.

In closing, we would like to reassure you that Salem Nissan holds our customers in the highest regard. We commit to provide you only with products and services of value. We also commit to a low-pressure consultative process as opposed to a high-pressure sales process in an effort to inform you of your vehicle status and present you with options to maintain the safety and longevity of your vehicle. In an effort to dispose of these mailers, bring it to us, we will gladly honor the 10% discount and report it to Nissan accordingly.

Highest Regards,
The Salem Nissan Team